UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Amanda H. Starkey                                            Docket No. 5:24-MJ-1541-1

### Petition for Action on Probation

COMES NOW Jared Britt, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Amanda H. Starkey, who, upon an earlier plea of guilty to Driving While Impaired, in violation of 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, was sentenced by the Honorable Kimberly A. Swank, U.S. Magistrate Judge, on June 26, 2024, to 12 months probation under the conditions adopted by the court.

On August 20, 2024, a Motion for Revocation was filed with the court and a warrant for arrest was issued. On September 13, 2024, the defendant was arrested in the Southern District of Ohio and was released by the court under her previously imposed conditions of probation. The defendant's initial appearance on the Motion for Revocation was scheduled for November 20, 2024, in the Eastern District of North Carolina, but she failed to report for this hearing. After failing to appear, the defendant's hearing was continued to December 2, 2024, in Greenville, North Carolina, and the court ordered that the defendant complete a substance abuse treatment session and submit to a urinalysis test before her next court appearance.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On December 2, 2024, the defendant was present in court in Greenville, North Carolina, for an initial appearance on the Motion for Revocation. The initial appearance was conducted and counsel for the defendant requested that the court proceed with final revocation. The defendant admitted to all violations alleged in the petition and the court heard arguments from counsel for both the government and defense. The court continued the final revocation hearing in this matter to the February 26, 2025, term of court in Fayetteville. With oral consent by the defendant and her counsel, the court modified the defendant's conditions of probation to include 90 days of Remote Alcohol Testing. The government was ordered to pay for the cost of monitoring.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall abide by all terms and conditions of the Remote Alcohol Monitoring Program, as directed by the probation officer, for a period not to exceed 90 consecutive days.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                      I declare under penalty of perjury that the foregoing is true and correct.

/s/ Mindy L. Threlkeld                          /s/ Jared Britt
Mindy L. Threlkeld                              Jared Britt
Supervising U.S. Probation Officer          U.S. Probation Officer
                                                            150 Rowan Street Suite 110
                                                            Fayetteville, NC 28301
                                                            Phone: 910-354-2549
                                                            Executed On: December 3, 2024

**Amanda H. Starkey**
**Docket No. 5:24-MJ-1541-1**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this __3rd__ day of __December__, 2024, and ordered filed and made a part of the records in the above case.

*Kimberly A. Swank*
Kimberly A. Swank
U.S. Magistrate Judge