UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NO. 5:24-MJ-1541-1KS

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| **Amanda H. Starkey** | ) | |
| | ) | |

On June 26, 2024, Amanda H. Starkey appeared before the Honorable Kimberly A. Swank, U.S. Magistrate Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Driving While Impaired, in violation of 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1 was sentenced to 12 months of probation.

From evidence presented at the revocation hearing on August 13, 2025, the court finds as a fact that Amanda H. Starkey, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Criminal conduct.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of Time Served with no supervision to follow.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 14th day of August 2025.

Kimberly A. Swank
U.S. Magistrate Judge